```
FILED
CLERK, U.S. DISTRICT COURT
3/20/25
CENTRAL DISTRICT OF CALIFORNIA
BY      MRV      DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM
```

1  Barry W. Rosen
   136 S. Clark Dr. #5                    FEE PAID
2  Los Angeles, California 90048
3  323.653.2043 – Telephone

4  *Plaintiff In Propria Persona*

5

6                    **UNITED STATES DISTRICT COURT**

7                    **CENTRAL DISTRICT OF CALIFORNIA**

8  BARRY W. ROSEN,                      CASE NO.:  2:25-cv-02528-ODW(PDx)

9            Plaintiff,                 **COMPLAINT FOR COPYRIGHT**
                                        **INFRINGEMENT (INJUNCTIVE RELIEF**
10                                      **DEMANDED)**
11 v.
   POSTERTHEPEOPLE.COM,                 **DEMAND FOR JURY TRIAL**
   CELEBPOSTER.COM
12 POSTERS555.COM;
   ICEPOSTER.COM,
13 IDPOSTER.COM,
   FCCARINO.COM,
14 NPOSTER.COM,
   DREAM PRINTS, INC.
15 ANDRIY BONDARENKO, and DOES 1-10,
16 inclusive.
17           Defendants.

18

19      Plaintiff BARRY W. ROSEN acting in Propria Persona, brings this Complaint against

20 Defendants DREAM PRINTS, INC, ANDRIY BONDARENKO AND DOES 1-10, believed to the

21 owners/operators of the apparently related websites posterthepeople.com, celebposter.com,

22 posters555.com, iceposter.com, idposter.com, fccarino.com nposter.com, and other websites yet to

23 be identified which offer posters and other goods such as t-shirts, mugs etc., featuring predominantly

24 images of celebrities  damages and injunctive relief for willful direct copyright infringement, and in

25 support thereof states as follows:

26 ///

27 ///

28

## SUMMARY OF THE ACTION

1.      Plaintiff BARRY W. ROSEN ("Plaintiff" or "Rosen") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Rosen's original copyrighted works of authorship ("the Works").

2.      Plaintff has been a professional photographer for over 40 years creating distinguished works. Over that time, he has produced photos for numerous large advertisers including a number of beer companies, sunglass makers, along with ski, fashion, jewelry and others. Rosen has created album covers for record companies, produced numerous calendars, and famous posters that have been distributed worldwide, as well as produced editorials for magazines and newspapers featuring famous celebrities, models and sports stars. He has been featured on tv shows such as Extra, Entertainment Tonight, and Access Hollywood.

3.      Defendant POSTERTHEPEOPLE.COM is an internet website offering custom made/printed posters and other items featuring photos of various celebrities, models, and athletes. Plaintiff is informed and believes that the Website domain has been registered with internet domain registrar using false information and then covered up that false information using a domain privacy provider. Plaintiff is aware that Raymond Johnson is listed as the owner of the domain, which is hidden by a privacy protection service owned by GoDaddy, however, Plaintiff believes that the actual owner may be Dream Prints, Inc. and Andriy Bondarenko and is using the Johnson name as false alias based on the overall circumstances and an ongoing pattern of using false names, corporations and addresses to hide the real owners identities. POSTERTHEPEOPLE.COM is currently or has infringing up to 100 separate copies of Plaintiff's photographic images. This website also uses a service called Cloudflare to hide the true identity both its owner and of its true hosting provider in order to interfere and stifle attempts to send DMCA takedown notices.

4.      Defendant CELEBPOSTER.COM is an internet website offering custom made/printed posters and other items featuring photos of various celebrities, models, and athletes. Plaintiff is informed and believes that the Website domain has been registered with internet domain registrar using false information and then covered up that false information using a domain privacy provider in an ongoing pattern of using false names, corporations and addresses to hide the real

2

owners identities. CELEBPOSTER.COM is currently or has been infringing up to forty-three separate copies of Plaintiff's photographic images and overall has infringed up to 108 separate copies of Plaintiff's photographic images. Plaintiff is aware that Andriy Bondarenako is listed as the owner of the domain, which is hidden by a privacy protection service. This website also uses a service called Cloudflare to hide the true identity both its owner and of its true hosting provider in order to interfere and stifle attempts to send DMCA takedown notices.

5.      Defendant POSTERS555.COM is an internet website offering custom made/printed posters and other items featuring photos of various celebrities, models, and athletes. Plaintiff is informed and believes that the Website domain has been registered with internet domain registrar using false information and then covered up that false information using a domain privacy provider. Plaintiff is aware that POSTERS555.COM is currently or has been infringing up to seventy-nine separate copies of Plaintiff's photographic images by virtue of the fact that the seventy-nine were willfully reposted after having previously been taken down overall has infringed up to ninety-nine separate copies of Plaintiff's photographic images. Plaintiff is aware that Dream Prints, Inc. and/or Andriy Bondarenko is the likely owner of the domain or is using an alias that is hidden by a privacy protection service and is directly associated with ICEPOSTER.COM. This website also uses a service called Cloudflare to hide the true identity both its owner and of its true hosting provider in order to interfere and stifle attempts to send DMCA takedown notices.

6.      Defendant ICEPOSTER.COM is an internet website offering custom made/printed posters and other items featuring photos of various celebrities, models, and athletes. Plaintiff is informed and believes that the Website domain has been registered with internet domain registrar using false information and then covered up that false information using a domain privacy provider. Plaintiff is informed and believes that the Website domain has been registered with internet domain registrar using false information and then covered up that false information using a domain privacy provider. Plaintiff is aware that Dream Prints, Inc. and/or Andriy Bondarenko is likely the real owner of the domain or is using an alias that is hidden by a privacy protection service. Plaintiff is aware that ICEPOSTER.COM has infringed or is infringing up to 106 separate copies of Plaintiff's photographic images. Dream Prints, Inc. and Andriy Bondarenko were previously sued for operation

of the ICEPOSTER.COM domain in the Central District of California, which resulted in a 2008 settlement agreement which has been purposefully breached.

7.      Defendant IDPOSTER.COM is an internet website offering custom made/printed posters and other items featuring photos of various celebrities, models, and athletes. IDPOSTER.COM has been or is currently infringing up to seventy-four separate copies of Plaintiff's photographic images. Plaintiff is informed and believes that the Website domain has been registered with internet domain registrar using false information and then covered up that false information using a domain privacy provider. Plaintiff is aware that a false name, Steve Simon is or has been listed as the owner of the domain, which is hidden by a privacy protection service, however, Plaintiff believes that the actual owner may be Dream Prints, Inc. and/or Andriy Bondarenko using an alias. This website also currently uses a service called Cloudflare that hides the identity of its true hosting provider. Plaintiff is aware that IDPOSTER.COM is currently infringing up to 100 separate copies of Plaintiff's photographic images by the 100 were reposted after having previously been taken down.

8.      Defendant FCCARINO.COM is an internet website offering custom made/printed posters and other items featuring photos of various celebrities, models, and athletes. Plaintiff is informed and believes that the Website domain has been registered with internet domain registrar using false information and then covered up that false information using a domain privacy provider. Plaintiff believes that the actual owner may have been Dream Prints, Inc. and/or Andriy Bondarenko using an alias, which is hidden by a privacy protection service and the domain/website is directly related to POSTERTHEPEOPLE.COM.  FCCARINO.COM is currently or has been infringing up to 100 separate copies of Plaintiff's photographic images. This website also uses a service called Cloudflare to hide the true identity both its owner and of its true hosting provider in order to interfere and stifle attempts to send DMCA takedown notices.

9.      Defendant NPOSTER.COM was an internet website offering custom made/printed posters and other items featuring photos of various celebrities, models, and athletes. Plaintiff is informed and believes that the Website domain was registered with internet domain registrar using false information and then covered up that false information using a domain privacy provider. Plaintiff is aware that the website was shut down and the domain was sold. Plaintiff is aware that

4

Ohad Shapira and/or Steve Simon was listed as the owner/operator of the domain/website, which was hidden by a privacy protection service. Plaintiff believes that the actual owner may have been Dream Prints, Inc. and/or Andriy Bondarenko using an alias. The domain has been sold and the website is no longer in operation. Plaintiff is aware that IDPOSTER.COM was infringing up to fifty-one separate copies of Plaintiff's photographic images.

10.    Defendant Dream Prints, Inc. is a corporation that is/was operated out of Nevada when it was previously sued in 2008 for copyright infringement by Plaintiff and which was operated at the time by Andrey Bondarenko, Leonid Ryzhenko and Mykhaylo Perebiynis, Larry Vunik, Vasiliy Leonov, and Isaac Nihelson. Dream Prints, Inc. appears to currently be operated out of both Nevada and Wyoming, by same individuals, including Bondarenko and Ryzhenko who previously operated the corporation and who appear to be actually be located in Northern California. Dream Prints, Inc. and Andriy Bondarenko were previously sued for operation of the ICEPOSTER.COM domain in the Central District of California, which resulted in a 2008 settlement agreement which has been purposefully breached.

11.    Defendant Andriy Bondarenko ("Bondarenko") is an individual of Ukrainian descent, who Plaintiff believes now resides in Northern California in the San Francisco bay area. Bondarenko has a long history of using or providing false names, addresses and other information in order to register various domain names and to procure webhosting services in order to be able to operate his various businesses, which predominantly consist of offering for sale or selling posters featuring photographs of well-known United States and California based celebrities, models and sports stars and other related goods featuring such same photographs such as puzzles, mousepads, t-shirts and pillows. Plaintiff is aware that Bondarenko has predominantly used false addresses in Ukraine and Israel as well as in California, Nevada, Wyoming and New Mexico to name a few (although is a California resident). At all times relevant herein, BONDARENKO owned and operated multiple internet websites offering principally posters, along with other goods such as mousepads and puzzles, etc. These websites currently utilize multiple domain names located at the URL's posterthepeople.com ("posterpeople"), celebposter.com ("celebposter"), posters555.com ("posters555"), iceposter.com ("iceposter"), idposter.com ("idposter"), fccarino.com ("FC Carino")

COMPLAINT FOR COPYRIGHT INFRINGEMENT

and also formally operated nposter.com ("nposter") collectively ("BONWEBSITES"). Plaintiff is aware that Bondarenko has owned or owns multiple other related domains/websites including but not limited to imagesyoulike.com, printceleb.com, sport-poster.com.

12.    Plaintiff has been able to identify that at least 100 separate infringements at issue on posterthepeople.com which are also related to the website idposter.com and is aware of information that links the infringing activities on all BONWEBSITES together, which the principal majority are the same copies of Plaintiff's photographic images used across all of the BONWEBSITES. In all, Plaintiff has been able to identify at least 149 separate infringements at issue across all of the BONWEBSITES.

13.    Upon information and belief, Steve Simon ("Simon") and Ohad Shapira ("Shapira") are individuals located somewhere in the United States and are likely aliases for Bonderenko.

14.    Plaintiff is aware that Simon has used addresses in the United States, Italy, and Ukraine. At all times relevant herein, Simon has owned and operated the internet website located at the URL idposter.com ("idposter"). At all times relevant herein, Shapira has owned and operated the internet website located at the URL nposter.com ("nposter"). Plaintiff is informed and believes that the idposter.com, nposter.com domains were operated under false identities including Steve Simon and Ohad Shapira.

15.    Plaintiff is informed and believes that Bondarenko, a former Ukrainian, who is and during all relevant times has been a resident of Northern California is the owner/operator and in control of the BONWEBSITES and has been or is directly infringing Plaintiff's Photographs by scanning, uploading, offering for sale or selling copies of, and publicly displaying the infringing images on BONWEBSITES. Plaintiff is informed and believes that the infringements at issue in this case were both willful Copyright infringements and are in material breach of a confidential settlement agreement to which Andriy Bondarenko entered into in the Central District of California.

16.    Defendants RELIABLESITE.NET LLC, POSTERTHEPEOPLE.COM, CELEBPOSTER.COM, POSTERS555.COM, ICEPOSTER.COM, IDPOSTER.COM, NPOSTER.COM, RAYMOND JOHNSON and ANDRIY BONDARENKO are collectively referred to herein as "Defendants."

17.     Defendants POSTERTHEPEOPLE.COM, CELEBPOSTER.COM, POSTERS555.COM, ICEPOSTER.COM, IDPOSTER.COM, NPOSTER.COM, RAYMOND JOHNSON and ANDRIY BONDARENKO are collectively referred to herein as " Non-Reliable Defendants."

18.     Plaintiff does not presently know the true names and capacities of any other Defendants that may have been involved or partnered with Bondarenko or are involved with Dream Prints, Inc. in connection with the infringements as their whois ownership is currently or was obscured by privacy protection services or aliases but reserves the right to amend to add such parties. but reserves the right to amend to add such parties and currently identifies such persons as Does 1-10.

**DEFENDANTS**

19.     Dream Prints, Inc. is currently either a Nevada or Wyoming corporation, but was a Nevada corporation when previously sued by Plaintiff in 2008, but which appears to be operated out of northern California by California residents.

20.     Andriy Bondarenko, a California resident, is an individual believed to be residing in northern California, but Plaintiff has been unable to locate an exact address.

21.     DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will ask leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained. Plaintiff is informed and believes and, upon such, alleges that each of the Defendants designated herein as a "DOE" is legally responsible in some manner for the events and happenings herein alleged, and that Plaintiff's damages as alleged herein were proximately caused by such Defendants.

**JURISDICTION AND VENUE**

22.     This is an action arising under the Copyright Act, 17 U.S.C. § 501.

23.     This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

24.     Defendants are subject to personal jurisdiction in California as they are either California residents, registered to do and/or regularly conduct business in the State of California.

COMPLAINT FOR COPYRIGHT INFRINGEMENT

25.      Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants resides in this district, and Defendants are subject to personal jurisdiction in this district.

**INFRINGEMENT BY DEFENDANTS**

26.      Rosen alleges that Rosen first learned of the infringing activities on the BONWEBSITES within the last three (3) years and reported the infringements to the various hosting providers. In response, infringements were either partially or fully removed from BONWEBSITES. Thereafter, the majority of the BONWEBSITES moved to new hosting providers and reposted many of the infringing activities. The websites were moved as many of the new hosting providers are located in countries where DMCA notifications are either not honored or that they specifically thumb their noses at intellectual property owners and DMCA takedown procedures. Thereafter the BONWEBSITES started using Cloudflare to also obscure the hosting provider. The owner information for all the BONWEBSITES is also obscured by privacy protection services.   Rosen's photographs registered under various registration numbers with US Copyright office as provided in **Exhibit A** to this complaint. Rosen notes that the posterthepeople.com infringements utilize the same product numbers and numbering scheme for the items as those on idposter.com with the first letters in a different order (i.e., PDI772440 for posterthepeople.com and IDP772440 for idposter.com). Moreover, many of the BONWEBSITES are or were hosted on the same servers showing the relationship between them.

27.      Plaintiff is informed and believes that Dream Prints, Inc. and Andriy Bondarenko have a long history of using or providing false names, addresses and other information in order to register domain names and procure webhosting services in order to be able to operate his various businesses, which predominantly consist of offering for sale or selling posters featuring photographs of well-known United States and California based celebrities, models and sports stars and other related goods featuring such same photographs such as puzzles, mousepads, t-shirts and pillows. Plaintiff is aware that Bondarenko has used false addresses Wyoming, New Mexico, Nevada, Florida

8

and New York along with in Ukraine and Israel as well as numerous addresses in Northern California (although is a California resident).

28.    Plaintiff is informed and believes that Dream Prints, Inc and Andriy Bondarenko, a former Ukrainian, who is and during all relevant times has been a resident of California are the owner/operator(s) in and in control of all of the websites using the domain names, celebposter.com, posters555.com, iceposter.com, as well as idposter.com, fccarino.com and nposter.com to which have/are directly infringing Plaintiff's Photographs by scanning, uploading, offer for sale, and publicly displaying the infringing images. Plaintiff is informed and believes that the infringements at issue in this case on celebposter.com, idposter.com, and nposter.com were both willful Copyright infringements and in material breach of a settlement agreement to which Dream Prints, Inc Andriy Bondarenko entered into in the Central District of California.

29.    Dream Prints, Inc and Bondarenko is using multiple alias's to operate the BONWEBSITES in a deliberate attempt to hide true identities.

30.    Rosen alleges that he sent notices to the various hosting providers for the various websites at issue (posterthepeople.com, celebposter.com, posters555.com, iceposter.com, idposter.com and nposter.com) operated by Dream Prints, Inc  and Andriy Bondarenko and that defendants continued to willfully engage in infringing activities thereafter. Rosen alleges that the infringing activities by Dream Prints, Inc., Andriy Bondarenko and the other defendants on the various websites at issue (posterthepeople.com, celebposter.com, posters555.com, iceposter.com, idposter.com and nposter.com), were knowingly willful due to the posting, reposting and/or failures to remove the photographic images listed in **Exhibit A,** which they infringe on Plaintiff's copyrights.

31.    Rosen only recently learned about the fccarino.com website and believes there may be more such website.

32.    Rosen does not yet know the true identities of any other of the other actual infringing users but currently has reason to believe that discovery will demonstrate that said infringers will both willful repeat infringers, who are also in material breach of a previous settlement agreement in the 2008 action in the Central District of California. Rosen reserves the right to amend to add said infringing users once their actual identities become known.

9

33.     Rosen created the photographic works at issue in this case identified collectively as the "Photographs." The Photographs consist of up to a maximum of 149 different registered images (and some repeat usage) and consist of material original to Plaintiff and is copyrightable subject matter that are currently subject to ongoing active infringement. Plaintiff is the owner of all rights, title, and interest in the Photographs.

34.     Within the last three years, Plaintiff discovered that the Defendants unlawfully copied, publicly displayed, uploaded/downloaded, distributed, and sold unauthorized copies of the Photographs, constituting direct copyright infringement, pursuant to sections 106 and 501 of the Copyright Act (17 U.S.C section 106 and 501).

35.     Plaintiff is informed and believes that the Defendants, without authorization or permission from Plaintiff, unlawfully and willfully copied/reproduced, uploaded/downloaded, caused to be uploaded/downloaded, publicly displayed, distributed, attempted to sell, and sold the Photographs to a global audience on the World Wide Web.

36.     Dream Prints Inc., and Bondarenko were previously the subject to a Copyright lawsuit by Plaintiff in the Central District of California in 2008, which was settled. Dream Prints Inc., and Bondarenko is in material breach of that settlement agreement and thus the infringing activities at issue are knowingly willful.

37.     Defendants have never been licensed to use the Works at issue in this action for any purpose.

38.     On a date after the Works at issue in this action were created, but prior to filing of this action, Defendants copied the Works.

39.     Defendants copied Rosen's copyrighted Works without Rosen's permission.

40.     Rosen's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

41.     Rosen never gave Defendants permission or authority to copy, distribute or display the Works at issue in this case.

10

COMPLAINT FOR COPYRIGHT INFRINGEMENT

## THE COPYRIGHTED WORKS AT ISSUE

42.    The table detailing the overall Copyright Titles, Registration Numbers of the works of intellectual property at issue in this case, which are referred to herein as the "Works" or "Photographs" are attached hereto and marked **Exhibit A.**

43.    At all relevant times Rosen was the owner of the copyrighted Works at issue in this case.

## COUNT I

## DIRECT COPYRIGHT INFRINGEMENT BY ALL DEFENDANTS

44.    Rosen incorporates the allegations of paragraphs 1 through 43 of this Complaint as if fully set forth herein.

45.    Rosen owns valid copyrights in the Works at issue in this case.

46.    Rosen registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

47.    Defendants copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without Rosen's authorization in violation of 17 U.S.C. § 501.

48.    Defendants performed the acts alleged in the course and scope of its business activities.

49.    Defendants' acts were willful.

50.    Reliable Defendants do not qualify for any DMCA safe harbor for failures to comply with the requirements of the DMCA including failures to take down in response to notifications, failures to adopt and implement repeat infringer policies and failures to publish such policies and failure to register a DMCA agent with the copyright office.

51.    Rosen has been damaged.

52.    The harm caused to Rosen has been irreparable.

## COUNT II

## VICARIOUS COPYRIGHT INFRINGEMENT BY ALL DEFENDANTS

53.    Rosen incorporates the allegations of paragraphs 1 through 52 of this Complaint as if fully set forth herein.

54.    Rosen owns valid copyrights in the Works at issue in this case.

55.    Rosen registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

56.    Defendants copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without  Rosen's authorization in violation of 17 U.S.C. § 501.

57.    Defendants had a direct financial interest in the infringing activities alleged herein.

58.    As a result of Defendants vicarious infringement as alleged above, Defendants obtained direct and indirect profits it would otherwise not have realized but for its infringements of the Works.

59.    Defendants have continued to copy, display, and distribute the Works at issue with knowledge that such acts violate Rosen's intellectual property rights.

60.    Reliable's acts were willful.

61.    Rosen has been damaged.

62.    The harm caused to Rosen has been irreparable.

### COUNT III

### <u>WILLFUL INFRINGEMENT BY DEFENDANTS</u>

63.    Rosen incorporates the allegations of paragraphs 1 through 62 of this Complaint as if fully set forth herein.

64.    Rosen owns valid copyrights in the Works at issue in this case.

65.    Rosen registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

66.    Defendants directly deliberately knowingly and willfully copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without Rosen's authorization in violation of 17 U.S.C. § 501 for the purpose of profiting off the use of the Works on the BONWEBSITES.

67.    Defendants specifically knew or had reason to know of the direct infringing activity as Rosen had engaged in previous litigation against Non-Reliable Defendants and they were subject

12

to a settlement agreement in which they had specifically agreed to never infringe any of Rosen's Works ever again.

68.    Defendants willfully breached the terms of the settlement agreement and thereby infringed on Rosen's Works by posting them on the BONWEBSITES.

69.    Defendants were on notice of the infringing activity and thereafter directly infringed on Rosen's Works by continuing to use them, by posting them or reposting them on the BONWEBSITES.

70.    Rosen is informed and believes that Defendants have continually engaged in a pattern of purposeful, reckless, and willful direct infringement of Rosen's Works via numerous websites/domains, including on the BONWEBSITES and will continue to do so unless permanently enjoined, along with seizure of all domain names, servers, etc.

71.    Rosen has been damaged.

72.    The harm caused to Rosen has been irreparable.

## COUNT IV

### 504(c)(3) WILLFUL INFRINGEMENT BY DEFENDANTS

73.    Rosen incorporates the allegations of paragraphs 1 through 72 of this Complaint as if fully set forth herein.

74.    Rosen owns valid copyrights in the Works at issue in this case.

75.    Rosen registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

76.    Defendants directly deliberately knowingly and willfully copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without Rosen's authorization in violation of 17 U.S.C. § 501 for the purpose of profiting off the use of the Works on the BONWEBSITES.

77.    The actions of Defendants in operating the BONWEBSITES, were willful as Non-Reliable Defendants or a person or persons acting in concert with the Defendants, knowingly provided or knowingly caused to be provided materially false contact information to a domain name registrar, domain name registry, or other domain name registration authority in registering,

13

maintaining, or renewing a domain name used in connection with the infringing activities on the BONWEBSITES in violation of 17 U.S.C. § 504(c)(3).

78.     The actions of Defendants in operating the BONWEBSITES, knowingly provided or knowingly caused to be provided materially false contact information to a domain name registrar, domain name registry, or other domain name registration authority in registering, maintaining, or renewing a domain name used in connection with the infringing activities on the BONWEBSITES by utilizing domain name proxy services in order to hide/mask the real domain owner (or false domain information) identities in violation of 17 U.S.C. § 504(c)(3).

79.     Rosen is informed and believes that Defendants have continually engaged in a purposeful pattern of utilizing either domain name proxy services in order to hide/mask the real domain owner (or false domain information) or otherwise providing materially false contact information to a domain name registrar, domain name registry, or other domain name registration authority in registering, maintaining, or renewing a domain name used in connection with the infringing activities on the BONWEBSITES in violation of 17 U.S.C. § 504(c)(3).

80.     Defendants acts were willful.

81.     Rosen has been damaged.

82.     The harm caused to Rosen has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendants that:

a.     Defendants and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.     Defendants domains, servers, IP Addresses, networks or other hardware used as part of the infringing activities by seized, etc.;

c.     Defendants be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

d.     Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

COMPLAINT FOR COPYRIGHT INFRINGEMENT

e.      Plaintiff be awarded such other and further relief as the Court deems just and proper; and

f.      Plaintiff be awarded pre- and post-judgment interest.

**JURY DEMAND**

Plaintiff Barry W. Rosen hereby demands a trial by jury of all issues so triable.

DATED:  March 20, 2025

Respectfully submitted,

_____

BARRY W. ROSEN
*Plaintiff In Propria Persona*

COMPLAINT FOR COPYRIGHT INFRINGEMENT

# Exhibit A

*Website: posterthepeople.com*

**Gena Lee Nolin**

| | |
|---|---|
| VAu653-334 | Gena Nolin (Home) |
| VAu653-334 | Gena Nolin (Home) |
| VAu653-334 | Gena Nolin (Home) |
| VAu653-334 | Gena Nolin (Home) |
| VA 1-230-933 | Published Works 2000 Pt 1 |
| VA 1-230-933 | Published Works 2000 Pt 1 |
| VA 1-230-933 | Published Works 2000 Pt 1 |
| VA 1-230-937 | Published Works 1996 Pt 1 |
| VA 1-230-922 | Published Works 1999 Pt 1 |
| VA 1-231-145 | Gena Lee Nolin 31 |

**Alison Eastwood**

| | |
|---|---|
| VA 1-231-031 | Published Works 1997 Pt 1 |

**Joanna Krupa**

| | |
|---|---|
| VA 1-230-923 | Published Works 2002 Pt 1 |
| VA 1-230-923 | Published Works 2002 Pt 1 |
| VA 1-230-923 | Published Works 2002 Pt 1 |

**Sofia Vergara**

| | |
|---|---|
| VAu660-266 | Sofia Vergara |
| VAu660-266 | Sofia Vergara |
| VAu660-266 | Sofia Vergara |
| VAu660-266 | Sofia Vergara |
| VAu660-266 | Sofia Vergara |
| VAu001514823 | Sofia Vergara Unpub 2 |

**Charisma Carpenter**

| | |
|---|---|
| VA 1-231-030 | Published Works 1998 Pt 1 |
| VAu660-265 | Charisma Carpenter |
| VAu660-265 | Charisma Carpenter |
| VAu660-265 | Charisma Carpenter |
| VAu660-265 | Charisma Carpenter |
| VAu660-265 | Charisma Carpenter |
| VAu660-265 | Charisma Carpenter |

**Jeri Ryan**

| | |
|---|---|
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |

| | |
|---|---|
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VA 1-231-030 | Published Works 1998 Pt 1 |
| VA 1-231-031 | Published Works 1997 Pt 1 |

**Eleniak**

| | |
|---|---|
| VAu692-231 | Erika Eleniak |
| VAu692-231 | Erika Eleniak |
| VAu692-231 | Erika Eleniak |
| VAu692-231 | Erika Eleniak |
| VAu692-231 | Erika Eleniak |
| VAu001514820 | Erika Eleniak Unpub 2 |

**Tuite**

| | |
|---|---|
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-230-934 | Published Works 2003 Pt 1 |

**Ali Landry**

| | |
|---|---|
| VAu660-263 | Ali Landry |
| VAu660-263 | Ali Landry |
| VAu660-263 | Ali Landry |
| VAu660-263 | Ali Landry |
| VAu660-263 | Ali Landry |
| VAu660-263 | Ali Landry |
| VA 1-230-922 | Published Works 1999 Pt 1 |
| VA 1-231-030 | Published Works 1998 Pt 1 |

| | |
|---|---|
| VA 1-230-933 | Published Works 2000 Pt 1 |
| VA 1-230-933 | Published Works 2000 Pt 1 |

**Sonia Vera**

| | |
|---|---|
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |

**Daisy Fuentes**

| | |
|---|---|
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |

*Website: celebposter.com*

**Eleniak**

| | |
|---|---|
| VAu692-231 | Erika Eleniak |
| VAu692-231 | Erika Eleniak |
| VAu692-231 | Erika Eleniak |
| VAu692-231 | Erika Eleniak |
| VAu692-231 | Erika Eleniak |
| VAu001514820 | Erika Eleniak Unpub 2 |

**Tuite**

| | |
|---|---|
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-230-934 | Published Works 2003 Pt 1 |

**Angela Taylor**

| | |
|---|---|
| VA 1-230-934 | Published Works 2003 Pt 1 |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |

**Charisma Carpenter**

VA 1-231-030                    Published Works 1998 Pt 1
VAu660-265                      Charisma Carpenter

**Ali Landry**
VAu660-263                      Ali Landry
VAu660-263                      Ali Landry
VAu660-263                      Ali Landry
VAu660-263                      Ali Landry
VAu660-263                      Ali Landry
VAu660-263                      Ali Landry
VAu660-263                      Ali Landry
VA 1-230-922                    Published Works 1999 Pt 1
VA 1-230-933                    Published Works 2000 Pt 1

**Sonia Vera**
VAu692-225                      Sonia Vera
VAu692-225                      Sonia Vera
VAu692-225                      Sonia Vera
VAu692-225                      Sonia Vera
VAu692-225                      Sonia Vera
VAu692-225                      Sonia Vera
VAu692-225                      Sonia Vera
VAu692-225                      Sonia Vera
VAu692-225                      Sonia Vera
VAu692-225                      Sonia Vera
VAu692-225                      Sonia Vera

**Jeri Ryan**
VA 1-231-030                    Published Works 1998 Pt 1
VAu660-267                      Jeri Ryan
VAu660-267                      Jeri Ryan
VAu660-267                      Jeri Ryan
VAu660-267                      Jeri Ryan
VAu660-267                      Jeri Ryan

**Gena Lee Nolin**
VAu653-334                      Gena Nolin (Home)
VAu653-334                      Gena Nolin (Home)
VAu653-334                      Gena Nolin (Home)
VAu653-334                      Gena Nolin (Home)
VA 1-230-933                    Published Works 2000 Pt 1
VA 1-230-933                    Published Works 2000 Pt 1
VA 1-230-933                    Published Works 2000 Pt 1
VA 1-230-937                    Published Works 1996 Pt 1
VA 1-230-922                    Published Works 1999 Pt 1

VA 1-231-145                    Gena Lee Nolin 31

**Amy Weber**
VA 1-230-923                    Published Works 2002 Pt 1
VAu653-336                      Amy Weber Unpublished 2

**Anna Kournikova**
VAu590-412                      Kournikova Unpublished
VAu590-412                      Kournikova Unpublished
VAu590-412                      Kournikova Unpublished
VAu590-412                      Kournikova Unpublished
VAu590-412                      Kournikova Unpublished
VAu590-412                      Kournikova Unpublished
VAu590-412                      Kournikova Unpublished
VAu590-412                      Kournikova Unpublished
VAu590-412                      Kournikova Unpublished
VAu590-412                      Kournikova Unpublished
VAu590-412                      Kournikova Unpublished
VAu590-412                      Kournikova Unpublished
VAu590-412                      Kournikova Unpublished
VAu590-412                      Kournikova Unpublished
VAu590-412                      Kournikova Unpublished
VAu590-412                      Kournikova Unpublished
VAu590-412                      Kournikova Unpublished
VAu590-412                      Kournikova Unpublished
VA 1-230-936                    Published Works 2004 Pt 1
VA 1-239-766                    Kournikova 2
VA 1-239-756                    Kournikova 6
VA 1-239-754                    Kournikova 9
VA 1-239-763                    Kournikova 11
VA 1-239-765                    Kournikova 12
VA 1-239-760                    Kournikova 14
VA 1-231-147                    Kournikova 20
VAu001514818                    Anna Kournikova 23

**Sofia Vergara**
VAu660-266                      Sofia Vergara
VAu660-266                      Sofia Vergara
VAu660-266                      Sofia Vergara
VAu660-266                      Sofia Vergara
VAu660-266                      Sofia Vergara
VAu001514823                    Sofia Vergara Unpub 2

*Website: posters555.com*

**Eleniak**

| | |
|---|---|
| VAu692-231 | Erika Eleniak |
| VAu692-231 | Erika Eleniak |
| VAu692-231 | Erika Eleniak |
| VAu692-231 | Erika Eleniak |
| VAu692-231 | Erika Eleniak |
| VAu001514820 | Erika Eleniak Unpub 2 |

**Tuite**

| | |
|---|---|
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-230-934 | Published Works 2003 Pt 1 |

**Angela Taylor**

| | |
|---|---|
| VA 1-230-934 | Published Works 2003 Pt 1 |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |

**Charisma Carpenter**

| | |
|---|---|
| VA 1-231-030 | Published Works 1998 Pt 1 |
| VAu660-265 | Charisma Carpenter |

**Ali Landry**

| | |
|---|---|
| VAu660-263 | Ali Landry |
| VAu660-263 | Ali Landry |
| VAu660-263 | Ali Landry |
| VAu660-263 | Ali Landry |
| VAu660-263 | Ali Landry |
| VAu660-263 | Ali Landry |
| VAu660-263 | Ali Landry |
| VA 1-230-922 | Published Works 1999 Pt 1 |
| VA 1-230-933 | Published Works 2000 Pt 1 |

**Sonia Vera**

| | |
|---|---|
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |

**Jeri Ryan**

| | |
|---|---|
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |

**Gena Lee Nolin**

| | |
|---|---|
| VAu653-334 | Gena Nolin (Home) |
| VAu653-334 | Gena Nolin (Home) |
| VAu653-334 | Gena Nolin (Home) |
| VAu653-334 | Gena Nolin (Home) |
| VA 1-230-933 | Published Works 2000 Pt 1 |
| VA 1-230-933 | Published Works 2000 Pt 1 |
| VA 1-230-933 | Published Works 2000 Pt 1 |
| VA 1-230-937 | Published Works 1996 Pt 1 |
| VA 1-230-922 | Published Works 1999 Pt 1 |
| VA 1-231-145 | Gena Lee Nolin 31 |

**Amy Weber**

| | |
|---|---|
| VA 1-230-923 | Published Works 2002 Pt 1 |
| VAu653-336 | Amy Weber Unpublished 2 |

**Anna Kournikova**

| | |
|---|---|
| VAu590-412 | Kournikova Unpublished |
| VAu590-412 | Kournikova Unpublished |
| VAu590-412 | Kournikova Unpublished |
| VAu590-412 | Kournikova Unpublished |
| VAu590-412 | Kournikova Unpublished |
| VAu590-412 | Kournikova Unpublished |
| VAu590-412 | Kournikova Unpublished |
| VAu590-412 | Kournikova Unpublished |
| VAu590-412 | Kournikova Unpublished |
| VA 1-230-936 | Published Works 2004 Pt 1 |
| VA 1-239-766 | Kournikova 2 |
| VA 1-239-756 | Kournikova 6 |
| VA 1-239-754 | Kournikova 9 |
| VA 1-239-763 | Kournikova 11 |
| VA 1-239-765 | Kournikova 12 |
| VA 1-239-760 | Kournikova 14 |
| VA 1-231-147 | Kournikova 20 |
| VA 1-231-146 | Kournikova 21 |
| VAu001514818 | Anna Kournikova 23 |

**Sofia Vergara**

| | |
|---|---|
| VAu660-266 | Sofia Vergara |
| VAu660-266 | Sofia Vergara |
| VAu660-266 | Sofia Vergara |
| VAu660-266 | Sofia Vergara |
| VAu660-266 | Sofia Vergara |
| VAu001514823 | Sofia Vergara Unpub 2 |

*Website: Iceposter.com*

**Daryl Hannah**
**VAu692-304**            Daryl Hannah
**VAu692-304**            Daryl Hannah


**Eleniak**
VAu692-231               Erika Eleniak
VAu692-231               Erika Eleniak
VAu692-231               Erika Eleniak
VAu692-231               Erika Eleniak
VAu692-231               Erika Eleniak
VAu001514820             Erika Eleniak Unpub 2


**Tuite**
VAu692-302               Gabrielle Tuite
VAu692-302               Gabrielle Tuite
VAu692-302               Gabrielle Tuite
VAu692-302               Gabrielle Tuite
VAu692-302               Gabrielle Tuite
VAu692-302               Gabrielle Tuite
VAu692-302               Gabrielle Tuite
VAu692-302               Gabrielle Tuite
VAu692-302               Gabrielle Tuite
VAu692-302               Gabrielle Tuite
VA 1-239-762             Published Works 2003 Pt 2
VA 1-239-762             Published Works 2003 Pt 2
VA 1-239-762             Published Works 2003 Pt 2
VA 1-239-762             Published Works 2003 Pt 2
VA 1-239-762             Published Works 2003 Pt 2
VA 1-230-934             Published Works 2003 Pt 1


**Angela Taylor**
VA 1-230-934             Published Works 2003 Pt 1
VAu692-306               Angela Taylor
VAu692-306               Angela Taylor
VAu692-306               Angela Taylor
VAu692-306               Angela Taylor
VAu692-306               Angela Taylor
VAu692-306               Angela Taylor
VAu692-306               Angela Taylor
VAu692-306               Angela Taylor
VAu692-306               Angela Taylor
VAu692-306               Angela Taylor

| | |
|---|---|
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |

**Joanna Krupa**    Missing
VA 1-230-923    Published Works 2002 Pt 1
VA 1-230-923    Published Works 2002 Pt 1
VA 1-230-923    Published Works 2002 Pt 1

**Charisma Carpenter**
VA 1-231-030    Published Works 1998 Pt 1
VAu660-265    Charisma Carpenter

**Ali Landry**
VAu660-263    Ali Landry
VAu660-263    Ali Landry
VAu660-263    Ali Landry
VAu660-263    Ali Landry
VAu660-263    Ali Landry
VAu660-263    Ali Landry
VAu660-263    Ali Landry
VAu660-263    Ali Landry
VA 1-230-922    Published Works 1999 Pt 1
VA 1-230-933    Published Works 2000 Pt 1

**Sonia Vera**
VAu692-225    Sonia Vera
VAu692-225    Sonia Vera
VAu692-225    Sonia Vera
VAu692-225    Sonia Vera
VAu692-225    Sonia Vera
VAu692-225    Sonia Vera
VAu692-225    Sonia Vera
VAu692-225    Sonia Vera
VAu692-225    Sonia Vera
VAu692-225    Sonia Vera
VAu692-225    Sonia Vera

**Jeri Ryan**
VA 1-231-030    Published Works 1998 Pt 1
VAu660-267    Jeri Ryan
VAu660-267    Jeri Ryan
VAu660-267    Jeri Ryan
VAu660-267    Jeri Ryan
VAu660-267    Jeri Ryan

**Gena Lee Nolin**

| | |
|---|---|
| VAu653-334 | Gena Nolin (Home) |
| VAu653-334 | Gena Nolin (Home) |
| VAu653-334 | Gena Nolin (Home) |
| VAu653-334 | Gena Nolin (Home) |
| VA 1-230-933 | Published Works 2000 Pt 1 |
| VA 1-230-933 | Published Works 2000 Pt 1 |
| VA 1-230-933 | Published Works 2000 Pt 1 |
| VA 1-230-937 | Published Works 1996 Pt 1 |
| VA 1-230-922 | Published Works 1999 Pt 1 |
| VA 1-231-145 | Gena Lee Nolin 31 |

**Amy Weber**

| | |
|---|---|
| VA 1-230-923 | Published Works 2002 Pt 1 |
| VAu653-336 | Amy Weber Unpublished 2 |

**Anna Kournikova**

| | |
|---|---|
| VAu590-412 | Kournikova Unpublished |
| VAu590-412 | Kournikova Unpublished |
| VAu590-412 | Kournikova Unpublished |
| VAu590-412 | Kournikova Unpublished |
| VAu590-412 | Kournikova Unpublished |
| VAu590-412 | Kournikova Unpublished |
| VAu590-412 | Kournikova Unpublished |
| VAu590-412 | Kournikova Unpublished |
| VAu590-412 | Kournikova Unpublished |
| VA 1-230-936 | Published Works 2004 Pt 1 |
| VA 1-239-766 | Kournikova 2 |
| VA 1-239-756 | Kournikova 6 |
| VA 1-239-754 | Kournikova 9 |
| VA 1-239-763 | Kournikova 11 |
| VA 1-239-765 | Kournikova 12 |
| VA 1-239-760 | Kournikova 14 |
| VA 1-231-147 | Kournikova 20 |
| VA 1-231-146 | Kournikova 21 |
| VAu001514818 | Anna Kournikova 23 |

**Sofia Vergara**

| VAu660-266 | Sofia Vergara |
|---|---|
| VAu660-266 | Sofia Vergara |
| VAu660-266 | Sofia Vergara |
| VAu660-266 | Sofia Vergara |
| VAu660-266 | Sofia Vergara |
| VAu001514823 | Sofia Vergara Unpub 2 |

*Website: idposter.com*

**Eleniak**

| | |
|---|---|
| VAu692-231 | Erika Eleniak |
| VAu692-231 | Erika Eleniak |
| VAu692-231 | Erika Eleniak |
| VAu692-231 | Erika Eleniak |
| VAu692-231 | Erika Eleniak |
| VAu001514820 | Erika Eleniak Unpub 2 |

**Tuite**

| | |
|---|---|
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-230-934 | Published Works 2003 Pt 1 |

**Angela Taylor**

| | |
|---|---|
| VA 1-230-934 | Published Works 2003 Pt 1 |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |
| VAu692-306 | Angela Taylor |

**Alison Eastwood**

| | |
|---|---|
| VA 1-231-031 | Published Works 1997 Pt 1 |

**Joanna Krupa**

| | |
|---|---|
| VA 1-230-923 | Published Works 2002 Pt 1 |
| VA 1-230-923 | Published Works 2002 Pt 1 |
| VA 1-230-923 | Published Works 2002 Pt 1 |

### Daisy Fuentes

| | |
|---|---|
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |

**Charisma Carpenter**

| | |
|---|---|
| VA 1-231-030 | Published Works 1998 Pt 1 |
| VAu660-265 | Charisma Carpenter |
| VAu660-265 | Charisma Carpenter |
| VAu660-265 | Charisma Carpenter |
| VAu660-265 | Charisma Carpenter |
| VAu660-265 | Charisma Carpenter |
| VAu660-265 | Charisma Carpenter |

**Ali Landry**

| | |
|---|---|
| VAu660-263 | Ali Landry |
| VAu660-263 | Ali Landry |
| VAu660-263 | Ali Landry |
| VAu660-263 | Ali Landry |
| VAu660-263 | Ali Landry |
| VAu660-263 | Ali Landry |
| VA 1-230-922 | Published Works 1999 Pt 1 |
| VA 1-231-030 | Published Works 1998 Pt 1 |
| VA 1-230-933 | Published Works 2000 Pt 1 |

| | |
|---|---|
| VA 1-230-933 | Published Works 2000 Pt 1 |

**Sonia Vera**

| | |
|---|---|
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |

**Jeri Ryan**

| | |
|---|---|
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VA 1-231-030 | Published Works 1998 Pt 1 |
| VA 1-231-031 | Published Works 1997 Pt 1 |

**Gena Lee Nolin**

| | |
|---|---|
| VAu653-334 | Gena Nolin (Home) |
| VAu653-334 | Gena Nolin (Home) |
| VAu653-334 | Gena Nolin (Home) |
| VAu653-334 | Gena Nolin (Home) |
| VA 1-230-933 | Published Works 2000 Pt 1 |
| VA 1-230-933 | Published Works 2000 Pt 1 |
| VA 1-230-933 | Published Works 2000 Pt 1 |
| VA 1-230-937 | Published Works 1996 Pt 1 |
| VA 1-230-922 | Published Works 1999 Pt 1 |
| VA 1-231-145 | Gena Lee Nolin 31 |

**Sofia Vergara**

| | |
|---|---|
| VAu660-266 | Sofia Vergara |
| VAu660-266 | Sofia Vergara |
| VAu660-266 | Sofia Vergara |

| VAu660-266 | Sofia Vergara |
| VAu660-266 | Sofia Vergara |
| VAu001514823 | Sofia Vergara Unpub 2 |

### *Website: posterthepeople.com*

**Alison Eastwood**

| VA 1-231-031 | Published Works 1997 Pt 1 |

**Joanna Krupa**

| VA 1-230-923 | Published Works 2002 Pt 1 |
| VA 1-230-923 | Published Works 2002 Pt 1 |
| VA 1-230-923 | Published Works 2002 Pt 1 |

**Sofia Vergara**

| VAu660-266 | Sofia Vergara |
| VAu660-266 | Sofia Vergara |
| VAu660-266 | Sofia Vergara |
| VAu660-266 | Sofia Vergara |
| VAu660-266 | Sofia Vergara |
| VAu001514823 | Sofia Vergara Unpub 2 |

**Charisma Carpenter**

| VA 1-231-030 | Published Works 1998 Pt 1 |
| VAu660-265 | Charisma Carpenter |
| VAu660-265 | Charisma Carpenter |
| VAu660-265 | Charisma Carpenter |
| VAu660-265 | Charisma Carpenter |
| VAu660-265 | Charisma Carpenter |
| VAu660-265 | Charisma Carpenter |

**Jeri Ryan**

| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VA 1-231-030 | Published Works 1998 Pt 1 |
| VA 1-231-031 | Published Works 1997 Pt 1 |

**Eleniak**

| | |
|---|---|
| VAu692-231 | Erika Eleniak |
| VAu692-231 | Erika Eleniak |
| VAu692-231 | Erika Eleniak |
| VAu692-231 | Erika Eleniak |
| VAu692-231 | Erika Eleniak |
| VAu001514820 | Erika Eleniak Unpub 2 |

**Tuite**

| | |
|---|---|
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VAu692-302 | Gabrielle Tuite |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-230-934 | Published Works 2003 Pt 1 |

**Ali Landry**

| | |
|---|---|
| VAu660-263 | Ali Landry |
| VAu660-263 | Ali Landry |
| VAu660-263 | Ali Landry |
| VAu660-263 | Ali Landry |
| VAu660-263 | Ali Landry |
| VAu660-263 | Ali Landry |
| VA 1-230-922 | Published Works 1999 Pt 1 |
| VA 1-231-030 | Published Works 1998 Pt 1 |
| VA 1-230-933 | Published Works 2000 Pt 1 |
| VA 1-230-933 | Published Works 2000 Pt 1 |

**Sonia Vera**

| | |
|---|---|
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |

| | |
|---|---|
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |

**Daisy Fuentes**

| | |
|---|---|
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VAu692-230 | Daisy Fuentes |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |
| VA 1-239-762 | Published Works 2003 Pt 2 |

*Website: nposter.com*

**Eleniak**

| | |
|---|---|
| VAu692-231 | Eleniak |
| VAu692-231 | Eleniak |
| VAu692-231 | Eleniak |

**Alison Eastwood**

| | |
|---|---|
| VA 1-231-031 | Published Works 1997 Pt 1 |

**Joanna Krupa**

| | |
|---|---|
| VA 1-230-923 | Published Works 2002 Pt 1 |
| VA 1-230-923 | Published Works 2002 Pt 1 |
| VA 1-230-923 | Published Works 2002 Pt 1 |

**Charisma Carpenter**

| | |
|---|---|
| VA 1-231-030 | Published Works 1998 Pt 1 |
| VAu660-265 | Charisma Carpenter |
| VAu660-265 | Charisma Carpenter |
| VAu660-265 | Charisma Carpenter |
| VAu660-265 | Charisma Carpenter |
| VAu660-265 | Charisma Carpenter |
| VAu660-265 | Charisma Carpenter |

**Ali Landry**

| | |
|---|---|
| VAu660-263 | Ali Landry |
| VAu660-263 | Ali Landry |
| VAu660-263 | Ali Landry |
| VAu660-263 | Ali Landry |
| VAu660-263 | Ali Landry |
| VA 1-230-933 | Published Works 2000 Pt 1 |

**Sonia Vera**

| | |
|---|---|
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |
| VAu692-225 | Sonia Vera |

**Jeri Ryan**

| | |
|---|---|
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VAu660-267 | Jeri Ryan |
| VA 1-231-030 | Published Works 1998 Pt 1 |
| VA 1-231-031 | Published Works 1997 Pt 1 |
| VA 1-231-031 | Published Works 1997 Pt 1 |

**Sofia Vergara**

| | |
|---|---|
| VAu660-266 | Sofia Vergara |
| VAu660-266 | Sofia Vergara |
| VAu660-266 | Sofia Vergara |
| VAu660-266 | Sofia Vergara |
| VAu660-266 | Sofia Vergara |
| VAu001514823 | Sofia Vergara Unpub 2 |

## *Overall List of Registration Numbers (does not account for multiples within the group)*

| **Name** | **Reg #** |
|---|---|
| Anna Kournikova 2 | VA 1-239-766 |
| Anna Kournikova 6 | VA 1-239-756 |
| Anna Kournikova 9 | VA 1-239-754 |
| Anna Kournikova 11 | VA 1-239-763 |
| Anna Kournikova 12 | VA 1-239-765 |
| Anna Kournikova 14 | VA 1-239-760 |
| Anna Kournikova 20 | VA 1-231-147 |
| Anna Kournikova 21 | VA 1-231-146 |
| Kournikova Unpublished | VAu590-412 |
| Anna Kournikova 23 | *VAu001514818* |
| Published Works 1996 Pt 1 | VA 1-230-937 |
| Published Works 1997 Pt 1 | VA 1-231-031 |
| Published Works 1998 Pt 1 | VA 1-231-030 |
| Published Works 1999 Pt 1 | VA 1-230-922 |
| Published Works 2000 Pt 1 | VA 1-230-933 |
| Published Works 2001 Pt 1 | VA 1-230-935 |
| Published Works 2002 Pt 1 | VA 1-230-923 |
| Published Works 2002 Pt 2 | VA 1-230-938 |
| Published Works 2003 Pt 1 | VA 1-230-934 |
| Published Works 2003 Pt 2 | VA 1-239-762 |
| Published Works 2004 Pt 1 | VA 1-230-936 |
| Gena Lee Nolin 31 | VA 1-231-145 |
| Gena Nolin (Home) | VAu653-334 |
| Amy Weber Unpublished 2 | VAu653-336 |
| Charisma Carpenter | VAu660-265 |
| Ali Landry | VAu660-263 |
| Jeri Ryan | VAu660-267 |
| Sofia Vergara | VAu660-266 |
| Sofia Vergara Unpub 2 | *VAu001514823* |
| Erika Eleniak | VAu692-231 |
| Erika Eleniak Unpub 2 | *VAu001514820* |
| Daisy Fuentes | VAu692-230 |
| Sonia Vera | VAu692-225 |
| Gabrielle Tuite | VAu692-302 |
| Angela Taylor | VAu692-306 |
| Daryl Hannah | VAu692-304 |